IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JARVAE S. BLACKMAN,

    Petitioner,

    v.

JAMES McGRADY, et al.,

    Respondents.

No. 12-5160

FILED
FEB - 5 2014
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

**ORDER**

AND NOW, this 4th day of February, 2014, upon careful and independent consideration of Petitioner Jarvae S. Blackman's Pro Se Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, and after a careful and independent review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin (Doc. 11), and Blackman's objections thereto (Doc.14), it is hereby **ORDERED**:

1. Blackman's Objections to the Report and Recommendation (Doc. 14) are **OVERRULED**;

2. The Report and Recommendation (Doc. 11) is **APPROVED** and **ADOPTED**;

3. Blackman's petition for a writ of habeas corpus (Doc. 1) is **DENIED**;

4. A certificate of appealability is not granted.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark the above-captioned matter as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
Hon. Petrese B. Tucker, C.J.